

**Alicia Racanelli, CSR**
Official Court Reporter
201st Judicial District Court
Room 500A
1000 Guadalupe Street
Austin, Texas 78701

Phone: (512) 854-4028
Fax: (512) 854-2268

January 21, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2457

Re: Third Court of Appeals Cause No. 03-14-00821-CV
    Trial Court Case No. D-1-GN-14-000826

Style: Duong Nhu Ha
       vs.
       Hunan Ranch

Dear Mr. Kyle,

I received your letter dated January 21, 2015, regarding an appeal in the above-referenced matter. After reviewing the case file records, I've determined that no record was made of this hearing, which was a default judgment.

Please contact me if you have any further questions. My email address is alicia.racanelli@traviscountytx.gov.

                    Kindest regards,

                    /s/ Alicia Racanelli

                    Alicia Racanelli
                    Official Court Reporter